## Fields v. Fields.

(Decided November 14, 1924.)

### Appeal from Greenup Circuit Court.

1. Divorce—There Can be no Appeal from Decree of Divorce.— There can be no appeal from decree of divorce except as affecting alimony, custody of children, and attorney's fees.
2. Divorce—Unnecessary to Reverse Decree of Divorce Because it Fails to Give Party Privilege of Seeing Children.—Decree of divorce will not be reversed simply because it fails to give party privilege of seeing children, since court below can modify that part of its judgment at any time on proper application.

THOS. E. NICKEL for appellant.

L. D. BRUCE for appellee.

OPINION OF THE COURT BY DRURY, COMMISSIONER—Affirming.

On January, 22, 1923, Florence Fields and Frank Fields were divorced. There can be no appeal from the decree of divorce, but the appellant has appealed because the court failed to allow her sufficient alimony, and in its judgment failed to give her the privilege of seeing her children at reasonable times and places, and because the court refused to allow her adequate counsel fees.

It is not necessary to discuss this case in detail. It is sufficient to say that we have concluded that the allegations of the petition were sustained by the evidence, and that the judgment of the court is correct.

We do find, however, that the court should have allowed Mrs. Fields to see her children at reasonable and seasonable times and places, but it is not necessary to reverse this case to correct that. The court below can modify that part of its judgment at any time, and upon proper application, will do so.

The judgment is affirmed.